UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT S. SZLEMKO,<br><br>Plaintiff,<br><br>v.<br><br>JUDGE GORDON WEBB<br>of BOONE COUNTY CIRCUIT COURT<br>STATE OF ARKANSAS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-00009 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

On January 4, 2007, plaintiff Robert S. Szlemko filed a Complaint requesting this Court to review the actions of a state judge in Arkansas. In his Complaint, however, plaintiff has failed to show any connection between this District and his cause of action.

Accordingly, in light of the facts listed herein, and the entire record of this case, it is hereby

ORDERED that plaintiff shall, within ten (10) days of this Order, show cause why this case should not be dismissed for lack of jurisdiction due to a lack of connection between the case and this District.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 10, 2007.