UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT S. SZLEMKO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-00009 (RCL) |
| ) | |
| JUDGE GORDON WEBB ) | |
| of BOONE COUNTY CIRCUIT COURT ) | |
| STATE OF ARKANSAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff did not respond to this Court's Order [2] of January 10, 2007. Accordingly, this case is hereby DISMISSED for lack of jurisdiction.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 10, 2007.